IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:22CR229-1
:
MONTRESE ANTWAN SNUGGS :

FILED JUL 2 5 2022 IN THIS OFFICE Clerk U. S. District Court Greensboro, N.C.

The Grand Jury charges:

On or about May 13, 2022, in the County of Randolph, in the Middle District of North Carolina, MONTRESE ANTWAN SNUGGS knowingly did possess in and affecting commerce a firearm, that is, a Glock 9x19mm caliber handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: July 25, 2022

SANDRA J. HAIRSTON
United States Attorney

BY: MARY ANN COURTNEY
Special Assistant United States Attorney

A TRUE BILL:

FOREPERSON